UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES STEWART, individually and as Successor in Interest to Decedent JAHMAL DERRICK STEWART,<br><br>                 Plaintiff,<br>vs.<br><br>COUNTY OF YUBA, a municipal corporation; and DOES 1-50, inclusive, individually and in their official capacity as agents for the Yuba County Sheriff's Department,<br><br>                 Defendants. | CASE NO.: 2:19-cv-01744-TLN-DB<br><br>ORDER RE: STIPULATION OF THE PARTIES AND JOINT REQUEST ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT |

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, JAMES STEWART is granted leave to amend to file her First Amended Complaint for Damages.

**IT IS ALSO ORDERED** that Defendants' responsive pleading shall be due thirty (30) days after the First Amended Complaint for Damages is served on TAMARA PECSI.

IT IS SO ORDERED.

DATED: February 24, 2020

                                                Troy L. Nunley
                                                United States District Judge